(1042)  Victims Assistance #0382

State of Oregon   9/26/22
State of West Virginia
State of Louisiana   2:22-CV-00429
State of The Union +
all The United States Embassys
& all the global + more Venues
countrys +

Naomi Lynn Simon 2/28/70
#0382 at Purment Residence at
4527 SE Rhodrie St.
Milwakie, OR / Portland, Oregon
Since Aug 11th 2011 To current 2022 —

305 3rd St. Pioneer, LA/IA —
Time out of State Residence
605 5th Ave Tulelake, Cali e
P.O. Box 134 Tulelake, Cali e
International waters M. Ed. c's —

I Naomi Lynn Simon asked for
Domestic Violence / Victims Assistance
+ Relocation Funds + more for
myself + my family 2 yrs
ago from Marthas House in
Klamath Falls, Oregon — (Oregon)
Disabilities Services (Oregon) I
get my food stamps + OHP at,
+ also Now West Virginia,

State Farm #367-6077-F12-37

←————→  (1)

(2)

(105) - attach    Cont 9/30/22
#0382

& The State of the Union
& The World Today -
& They sued me Mami
for No Reason at all -
There all Non-Profit
Suposly?

& These People are Some of
our accusers that I
justified against in
11/9/19 with broken bones
bruises & more in State of
California, LA/DA, Washington
State, Washington, DC &
Afgastain Supreme court
& the United Nations Embassy
World-Wide! -

So Now I Want the Sum of
$ 9999/9999/9999/9999/9999
X all the Real Victims
X all our Service animals
X all our Homes -
X all our Vehicles -
X all our Belongs -
X all our Chronic pain meds
X all our Dr. appts -
X all our Surguys - gredi mi
X 9999 lives for life! Signed Mami Simon
#1080#
#0382



Naomi Simon
P.O. Box 134
Tulelake, Cali
96134

(1 of 2)
(1)

— Clerks office
— U.S. District Court
601 Federal St. #2303
Bluefield, West Virginia
24701