IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

NAOMI LYNN SIMON,

               Plaintiff,

v.                                               CIVIL ACTION NO.   2:22-cv-00429

DOMESTIC VIOLENCE VICTIM
ASSISTANCE FUNDS, et al.,

               Defendants.

**MEMORANDUM OPINION AND ORDER**

On October 3, 2022, the Plaintiff's pro-se, letter-form Complaint (Document 1) was filed in this matter.  By *Administrative Order* (Document 2) entered on October 4, 2022, the action was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636.

On October 12, 2022, the Magistrate Judge submitted a *Proposed Findings and Recommendation* (Document 3) wherein it is recommended that this Court dismiss the Plaintiff's Complaint (Document 1) and its supplement (Document 1-1) and remove the matter from the Court's docket.  Objections to the Magistrate Judge's *Proposed Findings and Recommendation* were due by October 31, 2022, and none were filed.

The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation

1

to which no objections are addressed.  *Thomas v. Arn*, 474 U.S. 140, 150 (1985).  Failure to file timely objections constitutes a waiver of *de novo* review and a party's right to appeal this Court's Order.   28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984).

Accordingly, the Court **ADOPTS** and incorporates herein the findings and recommendation of the Magistrate Judge as contained in the *Proposed Findings and Recommendation*, and **ORDERS** that the Plaintiff's Complaint (Document 1) and its supplement (Document 1-1) be **DISMISSED** and that this matter be **REMOVED** from the Court's docket.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge Aboulhosn, counsel of record, and any unrepresented party.

ENTER:       November 14, 2022

_____
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA